IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 08-cv-02027-AP

AARON T. SHELEY,

    Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

    Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES:**

| For Plaintiff: | For Defendant: |
|---|---|
| ANN J. ATKINSON<br>Attorney at Law<br>7960 S. Ireland Way<br>Aurora, CO 80016-1904<br>Tele: 303-680-1881<br>Fax: 303-680-7891<br>**AtkinsonAJ@aol.com** | TROY A. EID,<br>United States Attorney<br>District of Colorado<br><br>KEVIN TRASKOS,<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>**Kevin.traskos@usdoj.gov**<br><br>THOMAS KRAUS,<br>Special Assistant U.S. Attorney<br><br>*Mailing address:*<br>1961 Stout St., #1001A<br>Denver, CO 80294<br><br>*Street address:*<br>1225 - 17th St., #700<br>Denver, CO 80202<br>Tele: 303-844-0017<br>Fax: 303-844-0770<br>**tom.kraus@ssa.gov** |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

 **A. Date Complaint was filed:** September 19, 2008

 **B. Date Complaint was served on U.S. Attorney's office:** October 9, 2008

 **C. Date Answer and Administrative Record were filed:** December 5, 2008.

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD:**

 The Administrative Record appears to be complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

 The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES.**

 There are no unusual claims or defenses in this case.

**7. OTHER MATTERS**

 There are no other matters to bring to the Court's attention.

**8. BRIEFING SCHEDULE**

 **A.** **Plaintiff's Opening Brief due:** January 30, 2009

 **B.** **Defendant's Response Brief due:** March 2, 2009

 **C.** **Plaintiff's Reply Brief (if any) due:** March 16, 2009

## 9. STATEMENTS REGARDING ORAL ARGUMENT

   A.   **Plaintiff's statement**:

   Plaintiff does not request oral argument.

   B.   **Defendant's statement**

   Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

   A.   ( ) All parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.

   B.   ( X ) All parties have NOT consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEY'S OF RECORD, AND ALL *PRO SE* PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>*.

   DATED this 16th day of December, 2008.

                                        BY THE COURT

                                        <u>s/John L. Kane</u>
                                        U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Ann J. Atkinson
Ann J. Atkinson, Attorney at Law
7960 South Ireland Way
Aurora, CO 80016-1904
Tele: 303-680-1881
Fax: 303-680-7891
Email: AtkinsonAJ@aol.com

UNITED STATES ATTORNEY
s/Thomas Kraus
By: Thomas Kraus, Esq.
Special Assistant U.S. Attorney
1961 Stout Street, #1001
Denver, CO 80294
Tele: 303-844-0017
Fax: 303-844-0770
Email: tom.kraus@ssa.gov