IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-02027-PAB

AARON T. SHELEY,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

    Defendant.

---

**ORDER APPROVING MOTION FOR ATTORNEY FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)**

---

    This matter is before the Court on the parties' Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act [Docket No. 19]. The Court has reviewed the pleading and is fully advised in the premises. It is

    ORDERED that the Motion [Docket No. 19] is granted, and defendant is ordered to pay the amount of $3,055.00 to plaintiff for attorney fees under the Equal Access to Justice Act ("EAJA"). It is further

    ORDERED that the EAJA attorney fee award shall be made payable to plaintiff and mailed to plaintiff's attorney pursuant to *Manning v. Astrue*, 510 F.3d 1246, 1251 (10th Cir. 2007).

    DATED March 5, 2010.

                                             BY THE COURT:

                                             s/Philip A. Brimmer
                                             PHILIP A. BRIMMER
                                             United States District Judge